IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Martin Broussard § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-06-4004 |
| § | |
| Boeing Travel Management Co. § | |
| § | |
| Defendant. § | |

### ORDER

On May 11, 2007, the Court considered the Plaintiff's Unopposed Motion to Dismiss filed by Attorney Constance Singleton.

The United States Court of Appeals for the Fifth Circuit removed Attorney Singleton from the roll of attorneys allowed to practice in the Fifth Circuit, and she is not admitted to practice in this Court. Because the case was removed to this Court by the Defendant, and given the suggestion of death of the Plaintiff and counsel's desire to dismiss the case, the Court will accept and grant the motion. Accordingly, it is

ORDERED that this case is dismissed without prejudice, and all costs are taxed against the party incurring same.

Signed at Houston, Texas this 11th day of May 2007.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE